# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JIA JEWELRY IMPORTERS OF AMERICA, INC. | : |
| | : |
| v. | : Civil No. CCB-11-982 |
| | : |
| PANDORA JEWELRY, LLC | : |
| | : |

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby Ordered that:

1. the defendant's motion to dismiss (ECF No. 15) is **GRANTED**;

2. plaintiff's counsel shall submit a letter of explanation by October 12, 2011; and

3. the Clerk shall **CLOSE** this case.

September 29, 2011            /s/
Date                                   Catherine C. Blake
                                            United States District Judge