CLERK'S OFFICE COPY

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

JIA JEWELRY IMPORTERS OF AMERICA, INC.,
*Plaintiff-Appellant,*

v.

PANDORA JEWELRY, LLC,
*Defendant-Appellee.*

FILED _____ENTERED
_____LODGED _____RECEIVED

AUG 1 3 2012

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                      DEPUTY

2012-1065

Appeal from the United States District Court for the District of Maryland in No. 11-CV-0982, Judge Catherine C. Blake.

## JUDGMENT

ROBERT M. MASON, Mason & Petruzzi, of Dallas, Texas, argued for plaintiff-appellant. Of counsel was JAMES D. PETRUZZI.

WILLIAM R. HANSEN, Lathrop & Gage LLP, of New York, New York, argued for defendant-appellee. With him on the brief were BRIDGET A. SHORT; and DAVID V. CLARK and TRAVIS W. MCCALLON, of Kansas City, Missouri.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge*, LOURIE and REYNA, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

AUG – 8 2012

Date

*Jan Horbaly* /zb

Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 8 2012

JAN HORBALY
CLERK